1  Steven Alpert, Bar No. 8353
   **Price Law Group, APC**
2  420 S. Jones Blvd.
   Las Vegas, NV 89107
3  (818) 995-4540 Telephone
   (818) 995-9277 Facsimile
4  Attorneys for Debtors

5             UNITED STATES BANKRUPTCY COURT

6             DISTRICT OF NEVADA – LAS VEGAS DIVISION

7  **In re:**                                    Bankruptcy Number: 10-15637-LBR
                                                  Chapter 13
8  HERNANY SEPULVEDA AKA HERNANY G.
   SEPULVEDA and ELIZABETH SEPULVEDA,             OPPOSITION TO DEUTSCHE BANK TRUST
9                                                 COMPANY AMERICAS, AS TRUSTEE FOR
                **Debtors.**                      SAXON ASSET SECURITIES TRUST 2005-4
10                                                MOTION FOR RELIEF FROM AUTOMATIC
                                                  STAY
11
                                                  Hearing Date: November 24, 2010
12                                                Hearing Time: 10:30 A.M.
                                                  Estimated Time: 10 min.
13

14
        HERNANY SEPULVEDA AKA HERNANY G. SEPULVEDA AND ELIZABETH
15
   SEPULVEDA from hereon ("Debtors") by and through their attorney of record, Steven A. Alpert,
16
   hereby oppose the granting of relief from the automatic stay sought by Deutsche Bank Trust
17
   Company Americas, as Trustee for Saxon Asset Securities Trust 2005-4, through their attorneys
18
   WILDE & ASSOCIATES from hereon ("Movant"). This opposition is based on the attached
19
   Declaration of Steven A. Alpert (the "Declaration"), as well as any documentary evidence attached
20
   hereto, and by such other facts, evidence, and argument as may be presented at the time of the
21
22 hearing on this motion.

23      Facts:
24
        1.      Debtors filed a voluntary petition under Chapter 13 of the Bankruptcy Code on
25
26 March 31, 2010, and was assigned case No. 10-15637-lbr. Rick A. Yarnall was appointed as Chapter

27 13 Trustee in this case.

28      2.      The motion states that the Debtors are behind about 5 months worth of payments.

                                            -1-

3. However the Debtors believe they are at most behind 3 months.

4. Debtors requested a payment history from Movant, but to date they have not provided this payment history report.

5. The Debtors hope to work out an adequate protection order with the lender.

## CONCLUSION

WHEREFORE, Debtors pray for the following:

1. That the Motion for Relief from the Automatic Stay be denied.

2. For such other relief as this Court deems appropriate.

Dated: November 10, 2010                    PRICE LAW GROUP, APC

_____
Steven A. Alpert
Attorney for Debtors

## DECLARATION OF STEVEN A. ALPERT

I, Steven A. Alpert, hereby declare as follows:

1. That I am the attorney of record for the Debtors herein and as such I have personal knowledge of the following facts and testify hereto that if called upon as witness, I could and would competently testify thereto in a court of law.

2. That I on behalf of the Debtors filed current Chapter 13 case on March 31, 2010.

3. The motion states that the Debtors are behind about 5 months worth of payments. However the Debtors believe they are at most behind 3 months.

4. Debtors requested a payment history from Movant, but to date they have not provided this payment history report.

5. The Debtors hope to work out an adequate protection order with the lender.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 10th of November, at Las Vegas, Nevada.

Steven A. Alpert
Attorney for Debtors

-3-

United States Bankruptcy Court
District of Nevada

EFILED: November 10, 2010

IN RE: Hernany & Elizabeth Sepulveda

Case No. 10-15637-lbr

Chapter 13

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the following document(s):
**OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND DECLARATION IN SUPPORT THEREOF**

was (were) mailed to all persons in interest at the addresses set forth in the service list below, by first class mail, postage prepaid, on November 10, 2010.

By: _____
Marlene Gonzalez
Chapter 13 Administrator
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
(818) 995-4540 Telephone
(818) 995-9277 Fax

### Service List

Chapter 13 Trustee
Rick A. Yarnall
701 Bridger Avenue, Suite 820
Las Vegas, NV 89101

Debtor
Hernany & Elizabeth Sepulveda
5708 Harmony Ave
Las Vegas, NV 89107

Attorney for Creditor
Gregory L. Wilde, Esq.
212 South Jones Blvd
Las Vegas, NV 89107

Mark S. Bosco, Esq.
Tiffany & Bosco, P.A.
2525 East Camelback Road, Suite 300
Phoenix, AZ 85016