Entered on Docket
December 14, 2010

Hon. Linda B. Riegle
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
Fax:  702 258-8787
Deutsche Bank Trust Company Americas, as Trustee for Saxon Asset Securities Trust 2005-4
10-74009

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In Re:

Hernany Sepulveda aka Hernany G. Sepulveda and
Elizabeth Sepulveda

                    Debtors.

BK-S-10-15637-lbr

MS Motion No. 38
Date: November 24, 2010
Time: 10:30 a.m.

Chapter 13

## ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtors will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| 3 Monthly Payments at $1,095.94 (September 1, 2010 - November 1, 2010) | $3,287.82 |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $650.00 |
| Suspense Amount | ($104.06) |
| Total | $3,983.76 |

The total arrearage shall be paid in six monthly installments. Payments in the amount of $663.96 shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the December 20, 2010 payment and continuing throughout and concluding on or before May 20, 2011.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtors shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the December 1, 2010 , payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 5708 Harmony Ave , Las Vegas,  NV 89107, and legally described as follows:

Lot Thirty-Two (32) in Block Eight (8) of Charleston Heights Tract, as shown by map thereof on file in Book 6 of Plats, Page 49 in the Office of the County Recorder of Clark County, Nevada.

///
///
///
///
///
///
///
///
///
///
///

1    IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtors fail to make

2 any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured

3 Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file

4 and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of

5 Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an

6 attorney fees of $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth

7 (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this

8 Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may

9 thereafter proceed with foreclosure proceedings upon the subject Property, pursuant to applicable

10 State Law, and take any action necessary to obtain complete possession thereof.

11

12 Submitted by:

13 WILDE & ASSOCIATES

14

15 By_____
        **GREGORY L. WILDE, ESQ.**
16      Attorneys for Secured Creditor
        212 South Jones Boulevard
17      Las Vegas, Nevada 89107

18 APPROVED AS TO FORM & CONTENT:

19 Rick A. Yarnall                          Steven A. Alpert

20 By_____  12-7-10              By_____

21

22 Rick A. Yarnall                          Steven A. Alpert
   Chapter 13 Trustee                       Attorney for Debtors
23 701 Bridger Avenue #820                  420 S. Jones Blvd
   Las Vegas, NV 89101                      Las Vegas, NV 89107

24

25                                          Nevada Bar No._8353_____

26

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____ The court has waived the requirements set forth in LR 9021(b)(1).

_____ No party appeared at the hearing or filed an objection to the motion.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

__X__ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or          _____ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

__X__ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or          _____ failed to respond to the document

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
 /s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor